PROB 12C
(7/93)

Report Date: November 14, 2013

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOV 14 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cambrea M. Bishop          Case Number: 2:13CR00096-016

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 24, 2013

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:    Prison 29 days;                Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Sean Thomas McLaughlin        Date Supervision Commenced: November 8, 2013

Defense Attorney:     Federal Defenders Office      Date Supervision Expires: November 7, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| 2 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Ms. Bishop was released from custody on November 8, 2013. A recent substance abuse evaluation recommended that she participate in an inpatient treatment program, and a bed date was secured at a local treatment facility for November 8, 2013. Ms. Bishop met with the undersigned officer on her date of release, and all conditions of supervision were explained to her, which she expressed that she understood. The undersigned officer specifically advised Ms. Bishop that should she abort inpatient treatment, it would constitute as a violation of her conditions of supervision. Ms. Bishop acknowledged that she understood this. Ms. Bishop was then transported by the undersigned officer, to the inpatient treatment facility, on November 8, 2013.

Prob12C
Re: Bishop, Cambrea M.
November 14, 2013
Page 2

On November 14, 2013, the undersigned officer was advised by the treatment provider that Ms. Bishop had aborted treatment the evening of November 13, 2013 and left the facility.

As of this date, Ms. Bishop has failed to notify the undersigned officer that she aborted treatment, nor has she reported any change in residence. Additionally, the undersigned officer contacted Ms. Bishop's mother, Kathy O'Conner, on November 14, 2013, in an attempt to locate Ms. Bishop. Ms. O'Conner advised that Ms. Bishop had not contacted her, nor did she know her whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Cassie Lerch

11/14/2013

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_November 14, 2013_
Date