PROB 12C
(7/93)

Report Date: May 6, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 06 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cambrea M. Bishop            Case Number: 2:13CR00096-RHW-16

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 29 days<br>TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Sean Thomas McLaughlin | Date Supervision Commenced: November 8, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: November 7, 2016 |

## PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 14, 2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 4 | **Mandatory Condition # 3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On April 25, 2014, the undersigned officer was contacted by a United States marshal and advised that the supervising sergeant at the Spokane County Jail had contacted him. The sergeant advised the United States marshal that Ms. Bishop's bunk area had been searched that date, after she identified the area as hers, and that deputies located a small plastic baggie containing a white crystalline substance. Deputies also found more of the white crystalline substance in a piece of paper, which was found in a milk carton located in Ms. Bishop's belongings. Based on their training and experience, deputies believed these substances were methamphetamine. Subsequent testing of the substances confirmed that both powdery substances did in fact contain methamphetamine. This information has been forwarded to the prosecutor's office so that charges may be filed. |

Prob12C
Re: Bishop, Cambrea M.
May 6, 2014
Page 2

An infraction report was provided by the Spokane County Jail, detailing the information above. An Inmate in Possession of a Controlled Substance is a class C felony, in violation of R.C.W. 9.94.041, in which the maximum prison sentence is 5 years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/6/2014
Date