PROB 12C
(7/93)

Report Date: June 4, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cambrea M. Bishop | Case Number: 0980 2:13CR00096-WFN-16 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 24, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison 29 days; TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: November 5, 2014 | |
| Defense Attorney: | Roger Peven | Date Supervision Expires: January 4, 2017 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On May 28, 2015, Cambrea Bishop submitted a urine specimen at Adept treatment facility, which was confirmed positive for Bupranorphine (suboxone). Cambrea Bishop does not have a valid prescription for suboxone. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Cambrea Bishop has failed to secure employment since her release from inpatient treatment that occurred on or about March 1, 2015. |
| 3 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: **Bishop, Cambrea M**
**June 4, 2015**
Page 2

**Supporting Evidence**: Following Ms. Bishop's illegal use of suboxone, she was terminated from the Port of Hope Residential Reentry Center, and the substance abuse program she was participating in while residing at the RRC.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/04/2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

June 4, 2015
Date